UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMIE L. BAKER, | ) | Case No. CV 11-5330-PSG (PJW) |
| Petitioner | ) | JUDGMENT |
| v. | ) | |
| UNKNOWN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Motion for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

IT IS ADJUDGED that the Request is denied and this matter is dismissed without prejudice.

DATED: **7/1/11.**

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\cv 11-5330 Ord deny habeas exten req_Judgment.wpd